# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COUNTY OF FULTON, FULTON COUNTY BOARD OF ELECTIONS, STUART L. ULSH, IN HIS OFFICIAL CAPACITY AS COUNTY COMMISSIONER OF FULTON COUNTY AND IN HIS CAPACITY AS A RESIDENT, TAXPAYER AND ELECTOR IN FULTON COUNTY, AND RANDY H. BUNCH, IN HIS OFFICIAL CAPACITY AS COUNTY COMMISSIONER OF FULTON COUNTY  AND IN HIS CAPACITY AS A RESIDENT, TAXPAYER AND ELECTOR OF FULTON COUNTY,

    Appellants

  v.

SECRETARY OF THE COMMONWEALTH,

    Appellee

: No. 13 MAP 2025
:
: Appeal from the Order of the
: Commonwealth Court at No. 277
: MD 2021 dated December 31, 2024.

## ORDER

**PER CURIAM**          **DECIDED:  December 9, 2025**

  **AND NOW,** this 9th day of December, 2025, the order of the Commonwealth Court is **AFFIRMED**.  The Application of the Secretary of the Commonwealth for an Order Imposing Sanctions on Appellants and Their Counsel for Vexatious, Obdurate, and Dilatory Litigation Conduct is **DENIED**.